**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:12-CV-00048-RLV-DSC**

| | |
|---|---|
| WISCO DIVERSIFIED OF AMERICA, INC., | |
| Plaintiff, | |
| v. | **ORDER** |
| CIGNA HEALTHCARE OF NORTH CAROLINA, INC., AND CIGNA HEALTHCARE, INC., | |
| Defendants. | |

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal, Joint Motion to Join a Party, and Joint Motion to Extend Time. (Doc. 8.) The Court has reviewed the record in this matter and finds there is good cause to allow the motions.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant Cigna Healthcare of North Carolina, Inc., be dismissed, without prejudice;

2. Connecticut General Life Insurance Company be added as a party Defendant;

3. Plaintiff Wisco Diversified of America, Inc., be allowed to serve an Amended Complaint adding Connecticut General Life Insurance Company as a party Defendant within ten days of the date of this Order;

4. Defendant Cigna Healthcare, Inc.'s Motion to Dismiss for Failure to Join a Necessary Party (Doc. 6) is hereby withdrawn; and

5. The Parties be allowed until twenty-one days after Connecticut General Life Insurance Company serves its Answer to the Amended Complaint to complete the Rule 26(f) conference.

Signed: June 28, 2012

Richard L. Voorhees
United States District Judge